

**Jason A. Zangara, MPH, MA, FF/NREMT, AIFireE**

573 Sidorske Avenue
Manville, NJ 08835
(908) 672-0626
firefighterjazzyj@yahoo.com

**RECEIVED**

**MAR - 6 2023**

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

March 3, 2023

### VIA UPS OVERNIGHT

**Office of the Clerk**
**United States Court of Appeals for the Third Circuit**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Office of the Clerk**
**Clarkson S. Fisher U.S. Court House**
402 East State Street
Room 2020
Trenton, NJ 08608

**Re: Zangara v. National Board of Medical Examiners**
**DNJ Docket Number 3:22-cv-01559-GC-LHG**

Dear Sir / Madam,

    Please accept this letter as **Notice of Appeal and Request for expedited and urgent relief** from the District Court of the District of New Jersey for the above captioned matter. The Appeal is based on two (2) grounds:

1. The March 2, 2023 "Text Order" directing Plaintiff to "file a motion for leave to file an amended complaint" (See Attached Exhibit A)

2. The District Courts Denial of Plaintiffs requests under Rule 65 for a preliminary injunction.

    I have attached the relevant documentation, docket record, notice of motion and exhibits to support this application for this courts review. I have been granted In Forma Pauperis in the District Court and have attached the documentation, order as Exhibit D and would like to request the same status in this court.

Please advise if you have any questions or require any additional information from me. Thank you for your immediate attention to this matter.

Very truly yours,

Jason A. Zangara, Pro Se
**Attorney for Plaintiff**

**Extremely Urgent**

This envelope is for use with the following services:   **UPS Next Day Air®**
**UPS Worldwide Express℠**
**UPS 2nd Day Air®**

PULL TAB TO OPEN

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit UPS

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronics containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

## Reusable Express Envelope
### Letter Size

Reduce paper waste by using this envelope again, either to return to sender or with another recipient. See reuse instructions on flap above.

### Decision Green℠

Decision Green is UPS's environmental platform representing our pursuit of sustainable business practices worldwide. For example, this envelope is made from 100% recycled material and is both reusable and recyclable.



100% Recycled fiber
80% Post-Consumer

---

JASON ZANGARA
(908) 672-0626
573 SIDORSKE AVE
MANVILLE  NJ  08835-1903

1 LBS   1 OF 1
SHP WT: 1 LBS
DATE: 03 MAR 2023

SHIP  CLERKS OFFICE
TO:   DISTRICT COURT OF NEW JERSEY
      ROOM 2020
      RM 2020
      402 E STATE ST
      TRENTON  NJ  08608-1500

NJ 086 0-04



**UPS GROUND**

TRACKING #: 1Z 081 X01 03 2176 1305



BILLING: P/P

**RECEIVED**

MAR - 6 2023

AT 8:30_____M

CLERK, U.S. DISTRICT COURT - DNJ

ZZP 450 07.5V 02/2023

---

This envelope is for use

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Apply shipping documents on this side.



X-RAYED

Serving you for more than 100 years
United Parcel Service.

  

