JASON ZANGARA,

  Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS