UNITIED STATES COURT OF APPEALS
FOR THE THIRD CIRCUT
No._____

RECEIVED

MAR - 6 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Jason Zangara                              )
                                           )
            Appellant                      )
                                           )
v.                                         )
                                           )
                                           )
                                           )
National Board of Medical Examiners (NBME) )
                                           )
            Respondents

**NOTICE OF MOTION:**

**To Expedite Appeal Pursuant to LAR 4.0**

**Leave to Proceed In Forma Pauperis using the Original Record Pursuant to FRAP 24(c) and LAR 30.2**

**Motion for Injunction Pending Appeal Pursuant to FRAP 8 and LAR 8.0**

TO:  **Perkins Coie**
     **1155 Avenue of the Americas**
     **22nd Floor**
     **New York, New York 10036-2711**
     **Attorneys for Respondent**

Please take notice that as soon as Appellant may be heard. at the time designated by the

court, will move for an order:

1. Expediting the Appeal  Pursuant to LAR 4.0

2. Leave to Proceed In Forma Pauperis using the Original Record Pursuant to FRAP

   24(c) & LAR 30.2

3. Motion for Injunction Pending Appeal Pursuant to FRAP 8 & LAR 8.0

at the following location:

**United States Court of Appeals for the Third Circuit**
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Appellant will rely on the brief and exhibits attached with this notice of motion to support this application.

Jason A. Zangara, Pro Se
573 Sidorske Avenue
Manville, N.J. 08835
(908) 672-0626
Attorney for Plaintiff

**Extremely Urgent**

This envelope is for use with the following services:
**UPS Next Day Air®**
**UPS Worldwide Express℠**
**UPS 2nd Day Air®**

FULL TAB TO OPEN

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit **UPS**

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only con correspondence, urgent documents, and/or electronic media, and weigh 8 oz. or less. UPS Express Envelopes containing items othe those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no value. Certain countries consider electronic media as documents. ups.com/importexport to verify if your shipment is classified as a

- To qualify for the Letter rate, the UPS Express Envelope must weigh UPS Express Envelopes weighing more than 8 oz. will be billed by

Note: Express Envelopes are not recommended for shipments of el containing sensitive personal information or breakable items. Do n or cash equivalent.

## Reusable Express Enve
### Letter Size
Reduce paper waste by using this envelope either to return to sender or with another re See reuse instructions on flap above.

### Decision Green℠
Decision Green is UPS's environmental platf our pursuit of sustainable business practices For example, this envelope is made from 10 material and is both reusable and recyclable

 **100% Recycled fiber
80% Post-Consumer**

---

JASON ZANGARA
(908) 672-0626
573 SIDORSKE AVE
MANVILLE  NJ 08835-1903

1 LBS      1 OF 1
SHP WT: 1 LBS
DATE: 03 MAR 2023

SHIP CLERKS OFFICE
TO: DISTRICT COURT OF NEW JERSEY
    ROOM 2020
    RM 2020
    402 E STATE ST
    TRENTON  NJ 08608-1500

 **NJ 086 0-04**



**UPS GROUND**
TRACKING #: 1Z 081 X01 03 2176 1305



BILLING: P/P

**RECEIVED**

**MAR - 6 2023**

AT 8:30_____M
**CLERK, U.S. DISTRICT COURT - DNJ**     ZZP 450 07.5U 02/2023

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.                    RRD RF2 0922

---

This envelope is for use

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

**Apply shipping documents on this side.**

X-RAYED

Serving you for more than 100 years
United Parcel Service.

