# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**Case Number:** _____

**Case Name:** Zangara

v NBME

**RECEIVED**

MAR - 6 2023

AT 8:30_____M

CLERK, U.S. DISTRICT COURT - DNJ

## INFORMAL BRIEF

**DIRECTIONS:** *Answer the following questions about your appeal or petition for review to the best of your ability. Use additional sheets of paper if necessary.* <u>The total number of pages cannot exceed 30.</u> *Parties are encouraged to use one side of the paper for ease of reading. You need not limit your brief solely to this form, but you should be certain that any brief you file contains answers to the questions below. The Court prefers short and direct statements.*

**1. Jurisdiction:** What order(s) of the district court or agency are you appealing?
The order directing me to file a motion to ammend the complaint
and the District Court not ruling on two seperate applications for an injunction after 1 year

What is the date of the order(s)?
3/2/23 (See Exhibit A) There is no order for the denial of the two injunctions

When did you file your notice of appeal or petition for review?
Today

**2. Statement of the case:** Explain the proceedings in the district court or before the agency (i.e. what the district court or the agency did in deciding your case).
I have attached a copy of the Docket report as Exhibit B and will cite the entries as "DK"

I originally filed the complaint almost one year ago March 8, 2022 (DK 1) and a few days later (when the complaint was actually filed) filed an Order to Show Cause why a Preliminary Injunction should not issue on March 21, 2022 (DK 3). The court never acted upon my Order to Show Cause or provided me any feedback.

The Summons was issued on July 5, 2022 and served by the US Marshall on July 1,2022 (DK 9). Defendants Attorney Adam Mandelsberg entered an appearance and after a request for an extension, filed a Motion to Dismiss on August 8, 2022 (DK 12) I filed a response (after which Defendants asked for another extension) on September 7, 2022 (DK 13) I then filed a Sur Reply, Defendants the responded with a motion which I responded to (DK15-18).

Included with my response to Defendants motion to file a Sur Reply, before the motion to dismiss was decided I requested leave to amend my complaint (DK 18). This was hand delivered to the Clerk's office, with a courtesy copy to the Presiding Judge (DK 18) and a hard copy sent Defendants Attorney, Mr. Mandelsberg via UPS Overnight (See Exhibit C) Mr. Mandelsberg was also sent notice of the filings via the automated system to his email address: amandelsberg@perkinscoie.com

At this time the court never heard my application for an Order to Show Cause from March, 6 months prior so I filed another application (DK 19-20) and the court set the return date and ordered Defendants to reply (Dk20) This started the chain of filing of multiple replies and Sur Replies all of which are on file with the clerk's office, with the motion being fully briefed on November 14,2022 (DK 30) The court has not ruled on my second application for injunctive relief

1

**3. Statement of facts**: Explain the facts and events that led to the complaint in the district court or the action before the agency.

I request that this court pursuant to FRAP 24(c) and LAR 30.2 review the documents and briefs on file with the district court. I will include a brief summary cut and pasted from my application for an Injunction on September 26, 2022 (DK 19)

"The NBME, together with the Federation of State Medical Boards of the United States, Inc., offers the USMLE. The USMLE is a standardized multiple-choice test administered in three parts, or " Steps " . The USMLE was designed as a licensing exam meant to assess an examinee's understanding of, and ability to apply, concepts and principles that are important in health and disease and constitute the basis of safe and effective patient care. In order to obtain a license to practice medicine in the United States, an examinee must obtain a passing score on all three Steps of the USMLE. Prior to May 1999, the USMLE was provided in a written format. Since May 1999, the USMLE has been given in a computerized format. After an examinee takes the USMLE, the NBME sends a score report to the examinee. Although the USMLE was designed for use as a licensing exam, it is common practice for residency and fellowship programs to use USMLE test scores in evaluating candidates for admission to their programs. At an examinee's request, the NBME will send a USMLE score transcript to third parties designated by the examinee, including residency and internship programs and state licensing authorities." quoting Doe v. National Bd. of Med. Exam ' rs, 199 F.3d 146, 154-155 (3d Cir. 1999)

Plaintiff is a third year medical student at Caribbean Medical University and is required to take the USMLE exams. However in order to sit for these examination, Plaintiff is required to receive a "passing score" on examinations administered by Defendant (NBME) such as the Comprehensive Basic Science Exam (CBSE) These exams are administered via computer at Prometric testing centers and scored in a manner outlined by Defendant which decides "Passing" or "Failing" solely by comparing his test results to others.

Plaintiff has been diagnosed with Attention Deficit Hyperactivity Disorder and multiple learning disabilities dating back to second grade almost 30 years ago. He has attempted exams administered by Defendants multiple times but has not passed because these exams, Plaintiff believes are not accounting for his disabilities since they are not graded upon what he knows, but only how he compares to others who have taken the exams. This grading practice appears to not be in compliance with the requirements of the Americans with Disabilities Act ( " ADA " ), Pub.L. 101-336, Title III, 42 U.S.C. §?12181 et seq. and its implementing regulation 28 C.F.R. §?36.309 which requires examinations to "reflect the applicant's aptitude and knowledge, rather than the limitations or manifestations of the applicant's disability"

Plaintiff has commenced this action to obtain an Injunction against Defendants to prevent them from scoring his exams and others exams solely on the bases of comparison to others because the current such practice does not "reflect the applicant ' s aptitude and knowledge, rather than the limitations or manifestations of the applicant ' s disability" He has applied to the court for an Order to show Cause why a Preliminary Injunction should not issue when he filed his complaint. However this has still not been acted upon by the court even though his application is on file with the clerk's office. Plaintiff has been experiencing irreparable harm by the day so he has submitted a second application.

**4. Statement of related cases:** Have you filed an appeal or petition for review in this case before? If so, give title of case and docket number.
No

Do you have any cases related to this case pending in the district court, in the court of appeals or before the agency? If so give title of case and docket number.
No

**5.** Did the district court or the agency incorrectly decide the facts of your case? _____ If so, what facts?
Yes See next section, court is requiring a motion to amend almost 6 months after the ammended complanit was filed and the court did not rule on two seperate applications for an Injuctnion pursuant to Rule 65

**6.** Did the district court or the agency apply the wrong law (either cases or statutes)? ____
If so, what law do you want applied?

The Amended Complaint

I believe the Magistrate Judge errored in ordering that I make a motion to amend the complaint because the Complaint has already been filed. As attached to the certification was a copy of the 3rd Circuit Opinion that I included specifically holding that I did not need to file a motion because it was allowed to be filed as of right (DK18) That opinion is Merritt v. Fogel, 349 F. App'x 742, 745 (3d Cir. 2009) :

We begin by addressing a procedural wrinkle identified by neither the parties nor the District Court. After Merritt filed his initial complaint and defendants filed their motions to dismiss, Merritt filed his first motion "for leave" to file an amended complaint. Merritt, however, was entitled to file that amended complaint as of right. Defendants' motions to dismiss were not "pleadings," see Fed.R.Civ.P. 7(a), so Merritt remained entitled to amend his complaint once as a matter of course, see Fed.R.Civ.P. 15(a)(1). Thus, the District Court should have construed Merritt's initial motion, to which his amended complaint was attached, as the filing of that amended complaint. That filing would have rendered moot defendants' motions to dismiss. See Pure Country, Inc. v. Sigma Chi Fraternity, 312 F.3d 952, 956 (8th Cir. 2002). Technically speaking, then, there were no motions to dismiss properly pending when the District Court dismissed Merritt's complaint.

Merritt v. Fogel, 349 F. App'x 742, 745 (3d Cir. 2009)

The holding in Merritt did not and does not require me to file a motion to amend my complaint. When I filed my certification on September 19, 2022 (DK 18) the complaint was deemed filed and Defendants were served with a copy of the proposed amended complaint via UPS (See Exhibit C) (and emailed) and never responded. I filed my second application for a Preliminary Injunction because since the amended complaint was filed "That filing would have rendered moot defendants' motions to dismiss" Merritt v. Fogel, 349 F. App'x 742, 745 (3d Cir. 2009) Defendants never filed a motion to dismiss the proposed amended complaint and only responded to my application for a Preliminary Injunction on October 17, 2022 (DK 25)

Defendants should have served a second Dismiss within 21 days as detailed in Rule 12, but they failed to do so and therefore consented to its filing. Defendants have not raised any objections to my amended complaint in 6 months , Therefore I should not have to file any motion as ordered by the Magistrate Judge (DK 31)

Urgent Relief / Not Ruling on Either
Application for a Preliminary Injunction

I have made two (2) applications pursuant to Rule 65 to the court for a Preliminary Injunction once on March 21, 2022 (DK 3) and a second on September 26, 2022 (DK 26) The court has not addressed my applications of relief and this has caused even further irreparable harm on my part for the past year. I cannot continue my medical education without passing Defendants examinations and it has been decided that a delay in medical education and pursuing my career constitutes irreparable harm. These same Defendants have been sued multiple times by other students and have been held liable by this court for the same reasons See Ramsay v. National Board of Medical Examiners, 968 F.3d 251, 263 (3d Cir. 2020) See also Rush v. National Board of Medical Examiners, 268 F. Supp.2d 673 (N.D. Tex. 2003) (Delay in medical education and pursuing career as a physician caused by Defendants examinations constituted irreparable harm)

They were also recently sued in new York District Court in Sampson v. National Board of Medical Examiners, No. 2:2022cv05120 (E.D.N.Y. 2022) as explained in the courts opinion:

Because Sampson cannot proceed to his final year of medical school until he passes Step 1, any further delay pending a trial on the merits would continue to deprive Sampson of his opportunity to pursue his medical training. Berger v. Nat ' l Bd. of Med. Exam ' rs, No. 19-CV-99, 2019 WL 4040576, at *28 (S.D. Ohio Aug. 27, 2019) ( finding that " a delay in taking the Step 2 CK exam pending the resolution of this lawsuit would deprive [plaintiff] of the opportunity to practice his chosen profession of medicine " ); Doe v. Samuel Merritt Univ., 921 F. Supp. 2d 958, 964 (N.D. Cal. 2013) (medical student was likely to suffer irreparable harm by inability to participate in clinical rotations and earn medical degree while lawsuit was pending, delaying her professional career); Bonnette v. D.C. Ct. of Appeals, 796 F. Supp. 2d 164, 186 – 87 (D.D.C. 2011) ( " Because [plaintiff] cannot practice law until she successfully passes the D.C. Bar Examination, any delay in taking the MBE deprives her of time to practice her chosen profession. " ); Jones v. Nat ' l Conf. of Bar Exam ' rs, 801 F. Supp. 2d 270, 286 – 87 (D. Vt. 2011) ( " [W]hile Plaintiff is losing opportunities to take the MPRE, there is no countervailing benefit she obtains through the passage of time. Indeed, the passage of time is likely to exacerbate her harm as it may delay completion of her law school education and may delay her entry into her chosen professional field. " )

Therefore, I request that this court expedite this appeal as soon as I may be heard and grant injunctive relief as I have been asking for the courts help for almost one year with no response.

**7.** Are there any other reasons why the district court's judgment or the agency's decision was wrong? _____
    If so, briefly state these reasons.

1. Holding in Merritt v. Fogel, 349 F. App'x 742, 745 (3d Cir. 2009) deemed my amended complanit filed almost 6 months ago which defendants never opposed

2. Applications for Injunctions are supposed to be made on an emergent basis pursuant to Rule 65

**8.** What action do you want the Court of Appeals to take in this case?

Please review the records and briefs submitted to the District Court as I understand FRAP 24(c) and LAR 30.2 to allow. Both parties have invested significant time into briefing this completely already. I have already invested significant time away from studying. I am asking this court of appeals for two things. The first is to deem the amended complanit filed and unopposed as evidented by the record and the second is to grant the injunction that I have requested that the distrct court has not addressed. That Injunction requires Defendants to grade their examinations (which include the Comprehensive Basic Science Exam, Comprehensive Clinical Science Exam, USMLE Steps 1, 2 and 3 along with all NBME Subjcet Examinations) based on the test takers own merit to the standard required to safely practice medicine, not in compairason to any one else.

_____
Signature

The entire district court record is available for the court's review. You must attach copies of the district court docket entries, the opinion and order appealed, and the notice of appeal. You may, but are not required to, attach any documents filed in the district court that you think the court of appeals must see in order to decide your appeal. Documents not admitted in the district court may not be submitted to the court of appeals without permission of the court.

**IMPORTANT: IF YOU ARE PROCEEDING PROCEEDING IN FORMA PAUPERIS, YOU MUST FILE AN ORIGINAL AND THREE (3) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. IF YOU HAVE PAID THE DOCKETING FEE, YOU MUST FILE AN ORIGINAL AND SIX (6) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. A COPY OF THIS BRIEF AND ANY ATTACHMENTS MUST ALSO BE SENT TO ALL OPPOSING PARTIES. YOU MUST CERTIFY ON THE ATTACHED PROOF OF SERVICE THAT A COPY OF THIS BRIEF AND ANY ATTACHMENTS WERE SENT TO ALL OPPOSING PARTIES.**

# PROOF OF SERVICE

I certify that on ___3/3/23___ (date) I ~~mailed~~ Sent a copy of this brief and all attachments via ~~first class mail~~ UPS to the following parties **at the addresses listed below**:

Perkins Coie
1155 Avenue of the Americas
22nd Floor
New York, New York 10036-2711

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Office of the Clerk
Clarkson S. Fisher U.S. Court House
402 East State Street
Room 2020
Trenton, NJ 08608

# ~~PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS~~

~~In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:~~

~~I certify that this document was given to prison officials on _____ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.~~

_____
Signature

Dated: ___3/3/23___

*Rev. 06/2018*

7

# Exhibit

# A

Activity in Case 3:22-cv-01559-GC-LHG ZANGARA v. NATIONAL BOARD OF MEDICAL EXAMINERS Order

From: njdefiling@njd.uscourts.gov

To: njdefiling@njd.uscourts.gov

Date: Thursday, March 2, 2023 at 11:10 AM EST

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 3/2/2023 at 11:10 AM EST and filed on 3/2/2023
**Case Name:** ZANGARA v. NATIONAL BOARD OF MEDICAL EXAMINERS
**Case Number:** 3:22-cv-01559-GC-LHG
**Filer:**
**Document Number:** 31(No document attached)

**Docket Text:**
**TEXT ORDER: The Court received Plaintiff's Certification in Support of Leave to Amend Complaint {Docket Entry No. [18]}. Plaintiff is directed to file a Motion for Leave to File an Amended Complaint in accordance with Local Civil Rule 15.1 by March 24, 2023, made returnable April 17, 2023. So Ordered by Magistrate Judge Lois H. Goodman on 3/2/2023. [Text Order mailed via regular mail to pro se plaintiff].(ijf, )**

**3:22-cv-01559-GC-LHG Notice has been electronically mailed to:**

ADAM ROSS MANDELSBERG     amandelsberg@perkinscoie.com, docketnyc@perkinscoie.com, MichelleRose@perkinscoie.com, nvargas@perkinscoie.com

JASON ZANGARA     firefighterjazzyj@yahoo.com

**3:22-cv-01559-GC-LHG Notice has been sent by regular U.S. Mail:**

# Exhibit

# B

Query   Reports   Utilities   Help   Log Out

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:22-cv-01559-GC-LHG

| | |
|---|---|
| ZANGARA v. NATIONAL BOARD OF MEDICAL EXAMINERS<br>Assigned to: Judge Georgette Castner<br>Referred to: Magistrate Judge Lois H. Goodman<br>Cause: 42:1983 Civil Rights Act | Date Filed: 03/18/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| JASON ZANGARA | represented by | JASON ZANGARA<br>573 SIDORSKE AVE<br>MANVILLE, NJ 08835<br>Email: firefighterjazzyj@yahoo.com<br>*PRO SE* |

V.

**Defendant**

| | | |
|---|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS | represented by | ADAM ROSS MANDELSBERG<br>PERKINS COIE LLP<br>1155 AVENUE OF THE AMERICAS<br>22ND FLOOR<br>NEW YORK, NY 10036<br>212-261-6867<br>Email: amandelsberg@perkinscoie.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2022 | 1 | Complaint Received. (Attachments: # 1 Application IFP, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Civil Cover Sheet, # 10 Cover letter, # 11 Envelope)(jdg, ) (Entered: 03/21/2022) |
| 03/18/2022 | 2 | Consent & Registration Form to Receive Documents Electronically by JASON ZANGARA (jdg, ) (Entered: 03/21/2022) |
| 03/21/2022 | 3 | Exhibit to 1 Complaint Received, by JASON ZANGARA. (Attachments: # 1 Text of Proposed Order to Show Cause w/TRO, # 2 Brief in Support of TRO, # 3 Envelope)(jjc, ) (Entered: 03/21/2022) |
| 04/11/2022 | 4 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Georgette Castner for all further proceedings. Judge Michael A. Shipp no longer assigned to case. So Ordered by Chief Judge Freda L. Wolfson on 4/11/2022. (jdg, ) (Entered: 04/11/2022) |
| 06/08/2022 | 5 | ORDER granting 1 -1 Application to Proceed in Forma Pauperis; Ordering the Clerk to file 1 Complaint; Directing the U.S. Marshal to serve the Complaint. Signed by Judge |

| | | |
|---|---|---|
| | | Georgette Castner on 6/8/2022. (jal, ) Modified on 6/17/2022 (jmh). (Entered: 06/09/2022) |
| 06/08/2022 | | COMPLAINT filed. See Docket Entry 1. (jal, ) Modified on 6/17/2022 (jmh). (Entered: 06/09/2022) |
| 06/09/2022 | 6 | SUMMONS ISSUED as to NATIONAL BOARD OF MEDICAL EXAMINERS. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jal, ) (Entered: 06/09/2022) |
| 06/17/2022 | 7 | CLERK'S LETTER: Transmittal of USM 285 Forms. (jmh) (Entered: 06/17/2022) |
| 06/17/2022 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised that the 6 Summons issued by the Clerk's office on 6/9/2022 were issued in error. Please disregard. (jmh) (Entered: 06/17/2022) |
| 06/17/2022 | | *5 Order, 7 Transmittal Letter, 1 USM 285 Form, and a Sample mailed to Plaintiff via USPS on 6/17/2022. (jmh) (Entered: 06/17/2022)* |
| 07/05/2022 | | USM-285 form received for NATIONAL BOARD OF MEDICAL EXAMINERS. (jal, ) (Entered: 07/05/2022) |
| 07/05/2022 | 8 | SUMMONS ISSUED as to NATIONAL BOARD OF MEDICAL EXAMINERS. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jal, ) (Entered: 07/05/2022) |
| 07/25/2022 | 9 | SUMMONS Returned Executed by USMS. NATIONAL BOARD OF MEDICAL EXAMINERS served on 7/19/2022, answer due 8/9/2022. (jal, ) (Entered: 07/25/2022) |
| 08/08/2022 | 10 | NOTICE of Appearance of Adam R. Mandelsberg on behalf of Defendant NATIONAL BOARD OF MEDICAL EXAMINERS. (Filed via ECF Help Desk) (jal, ) (Entered: 08/09/2022) |
| 08/08/2022 | 11 | Application and Proposed Order for Clerk's Order to extend time to answer as to NATIONAL BOARD OF MEDICAL EXAMINERS. (Filed via ECF Help Desk) (jal, ) (Entered: 08/09/2022) |
| 08/09/2022 | | Clerk`s Text Order - The document 11 Application for Clerk's Order to Ext Answer/Proposed Order submitted by NATIONAL BOARD OF MEDICAL EXAMINERS has been GRANTED. The answer due date has been set for 8/23/2022. (jal, ) (Entered: 08/09/2022) |
| 08/09/2022 | | CLERK'S QUALITY CONTROL MESSAGE - The NOTICE of Appearance 10 and Application and Proposed Order for Clerk's Order to extend time 11 submitted by Adam R. Mandelsberg on 8/8/2022 appears to have address information that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (jal, ) (Entered: 08/09/2022) |
| 08/23/2022 | 12 | MOTION to Dismiss by NATIONAL BOARD OF MEDICAL EXAMINERS. Responses due by 9/6/2022 (Attachments: # 1 Brief in Support of Defendant's Motion to Dismiss, # 2 Text of Proposed Order Proposed Order)(MANDELSBERG, ADAM) (Entered: 08/23/2022) |
| 08/24/2022 | | Set Deadlines as to 12 MOTION to Dismiss . Motion set for 9/19/2022 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 08/24/2022) |
| 09/07/2022 | 13 | BRIEF in Opposition filed by JASON ZANGARA re 12 MOTION to Dismiss (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 |

| | | |
|---|---|---|
| | | EXHIBIT E, # 6 EXHIBIT F, # 7 EXHIBIT G, # 8 EXHIBIT H, # 9 EXHIBIT I, # 10 EXHIBIT J, # 11 EXHIBIT K, # 12 EXHIBIT L, # 13 EXHIBIT M, # 14 EXHIBIT N, # 15 EXHIBIT O, # 16 EXHIBIT P, # 17 Envelope)(jal, ) (Entered: 09/07/2022) |
| 09/12/2022 | 14 | Corporate Disclosure Statement by NATIONAL BOARD OF MEDICAL EXAMINERS. (MANDELSBERG, ADAM) (Entered: 09/12/2022) |
| 09/12/2022 | 15 | REPLY to Response to Motion filed by NATIONAL BOARD OF MEDICAL EXAMINERS re 12 MOTION to Dismiss (MANDELSBERG, ADAM) (Entered: 09/12/2022) |
| 09/14/2022 | 16 | LETTER BRIEF filed by JASON ZANGARA. (Attachments: # 1 Certificate of Service, # 2 Cover letter, # 3 Envelope)(jal, ) (Entered: 09/14/2022) |
| 09/16/2022 | 17 | MOTION for Leave to File *Response to Plaintiff's Sur-Reply on Defendant's Motion to Dismiss* by NATIONAL BOARD OF MEDICAL EXAMINERS. (Attachments: # 1 Exhibit)(MANDELSBERG, ADAM) (Entered: 09/16/2022) |
| 09/19/2022 | | Set Deadlines as to 17 MOTION for Leave to File *Response to Plaintiff's Sur-Reply on Defendant's Motion to Dismiss*. Motion set for 10/17/2022 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 09/19/2022) |
| 09/19/2022 | 18 | BRIEF in Opposition filed by JASON ZANGARA re 17 MOTION for Leave to File *Response to Plaintiff's Sur-Reply on Defendant's Motion to Dismiss* (Attachments: # 1 Certificate of Service, # 2 Cover letter, # 3 EXHIBIT A, # 4 EXHIBIT B, # 5 EXHIBIT C, # 6 EXHIBIT D, # 7 EXHIBIT E, # 8 EXHIBIT F, # 9 EXHIBIT G, # 10 Exhibit H)(jal, ) (Entered: 09/19/2022) |
| 09/26/2022 | 19 | MOTION for Preliminary Injunction by JASON ZANGARA. (Attachments: # 1 Brief, # 2 Proposed Order, # 3 Certification in Support of Application, # 4 Certificate of Service, # 5 Certificate of Service 2, # 6 Cover Letter, # 7 Shipping Envelope)(kht) (Entered: 09/26/2022) |
| 09/26/2022 | 20 | Exhibit to 19 Motion for Preliminary Injunction, by JASON ZANGARA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(kht) <br><br> NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. **(Entered: 09/26/2022)** |
| 09/26/2022 | 21 | TEXT ORDER: The Court is in receipt of Plaintiff's Motion for a Preliminary Injunction. (ECF No. 19 .) Defendant shall respond on or before October 10, 2022, and Plaintiff shall reply to Defendant's response on or before October 17, 2022. So Ordered by Judge Georgette Castner on 9/26/2022. (adi, ) (Entered: 09/26/2022) |
| 09/28/2022 | | Set Deadlines as to 19 MOTION for Preliminary Injunction. Motion set for 11/7/2022 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 09/28/2022) |
| 09/28/2022 | | CLERK'S QUALITY CONTROL MESSAGE - Please note the set deadlines as to 19 MOTION for Preliminary Injunction by the Clerk's office on 9/28/2022 was docketed in |

| | | |
|---|---|---|
| | | error. Please disregard. (jal, ) (Entered: 09/28/2022) |
| 09/29/2022 | 22 | Application and Proposed Order for Clerk's Order to extend time to answer as to Response to Plaintiff's Motion for Preliminary Injunction.. (MANDELSBERG, ADAM) (Entered: 09/29/2022) |
| 09/30/2022 | 23 | Letter in Opposition to 22 request for extension of time from JASON ZANGARA. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C)(jal, ) (Entered: 09/30/2022) |
| 09/30/2022 | 24 | TEXT ORDER: The Court is in receipt of the letter filed on September 29, 2022 by Defendant National Board of Medical Examiners requesting additional time to respond to Plaintiff's Motion for Preliminary Injunction. (ECF No. 22 .) The Court will permit Defendant to file a response to Plaintiff's Motion on October 17, 2022. So Ordered by Judge Georgette Castner on 9/30/2022. (adi) (Entered: 09/30/2022) |
| 10/17/2022 | 25 | BRIEF in Opposition filed by NATIONAL BOARD OF MEDICAL EXAMINERS re 19 MOTION for Preliminary Injunction (Attachments: # 1 Declaration of Carol Morrison, PHD with Exhibits A-M)(MANDELSBERG, ADAM) (Entered: 10/17/2022) |
| 10/24/2022 | 26 | REPLY BRIEF in Support filed by JASON ZANGARA re 19 MOTION for Preliminary Injunction (Filed via ECF Help Desk) (Attachments: # 1 Certificate of Service)(jdg) (Entered: 10/24/2022) |
| 11/03/2022 | 27 | MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction* by NATIONAL BOARD OF MEDICAL EXAMINERS. (Attachments: # 1 Exhibit A - Sur-Reply Brief in Opposition to Motion for Preliminary Injunction) (MANDELSBERG, ADAM) (Entered: 11/03/2022) |
| 11/04/2022 | | Set Deadlines as to 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction*. Motion set for 12/5/2022 before Magistrate Judge Lois H. Goodman. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 11/04/2022) |
| 11/04/2022 | 28 | LETTER BRIEF in Opposition filed by JASON ZANGARA re 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction* (Filed via ECF Help Desk) (jal, ) (Entered: 11/04/2022) |
| 11/10/2022 | 29 | REPLY BRIEF to Opposition to Motion filed by NATIONAL BOARD OF MEDICAL EXAMINERS re 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction* (MANDELSBERG, ADAM) (Entered: 11/10/2022) |
| 11/14/2022 | 30 | REPLY to Response to Motion filed by JASON ZANGARA re 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction* (Attachments: # 1 Cover Letter, # 2 EXHIBIT A, # 3 Exhibit B, # 4 EXHIBIT C, # 5 EXHIBIT D, # 6 EXHIBIT E, # 7 EXHIBIT F, # 8 EXHIBIT G, # 9 EXHIBIT H, # 10 EXHIBIT I, # 11 Envelope)(jal, ) (Entered: 11/14/2022) |
| 01/05/2023 | | Reset Deadlines as to 27 MOTION for Leave to File *Sur-Reply Brief in Opposition to Motion for Preliminary Injunction*. Motion set for 12/5/2022 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ijf, ) (Entered: 01/05/2023) |
| 03/02/2023 | 31 | TEXT ORDER: The Court received Plaintiff's Certification in Support of Leave to Amend Complaint {Docket Entry No. 18 }. Plaintiff is directed to file a Motion for Leave to File |

an Amended Complaint in accordance with Local Civil Rule 15.1 by March 24, 2023, made returnable April 17, 2023. So Ordered by Magistrate Judge Lois H. Goodman on 3/2/2023. [Text Order mailed via email and regular mail to pro se plaintiff].(ijf, ) (Entered: 03/02/2023)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/02/2023 15:10:54 | | | |
| PACER Login: | djjazzyj | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:22-cv-01559-GC-LHG Start date: 1/1/1980 End date: 3/2/2023 |
| Billable Pages: | 4 | Cost: | 0.40 |

# Exhibit C

## Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
MON 19 SEP 2022

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
0.95 lb actual wt
1.000 lb billable wt
DIMS: 12.00X10.00X1.00 IN

EXPECTED DELIVERY DATE:
TUES 20 SEP 2022 EOD

SHIP FROM:
JASON ZANGARA
573 SIDORSKE AVE
MANVILLE NJ 08835-1903
(908) 672-0626

TRACKING NUMBER: 1Z081X010347058429
SHIPMENT ID: MAYEMRFKEGP0C
SHIP REF 1: - -
SHIP REF 2: - -

SHIP TO:
PERKINS COIE
1155 AVENUE OF AMERICAS
FL 22
NEW YORK NY 10036-2711
BUSINESS

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:
GROUND COMMERCIAL      11.00
SERVICE OPTIONS         0.00

SHIPPED THROUGH:
UPS CC BOUND BROOK NJ
BOUND BROOK, NJ 08805
(877) 676-6593

TOTAL                  $11.00

COMPLETE ONLINE SHIPMENT TRACKING INFO:
ENTER THE FOLLOWING ADDRESS IN YOUR WEB BROWSER TO VIEW TRACKING INFO:
HTTP://WWWAPPS.UPS.COM/IETRACKING/TRACKING.CGI?TRACKNUM=1Z081X010347058429

QUESTIONS ABOUT YOUR SHIPMENT?
CALL THE CARRIER AT: 1-800-PICK-UPS (1-800-742-5877)
OR CONTACT SHIPPED THROUGH FACILITY LIST.

SHIPMENTID: MAYEMRFKEGP0C

Powered by iShip(r)
09/19/2022 04:38 PM Pacific Time F

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
R&D RF2 1021

# Exhibit D

AO 240A (Rev. 01/09; NJ 06/17; NJ 10/21; NJ 1/22) Order to Proceed Without Prepaying Fees or Costs

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

JASON ZANGARA

    Plaintiff(s),

v.

NATIONAL BOARD OF MEDICAL EXAMINERS

    Defendant(s).

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Civil Action No. 3:22-cv-01559

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☒ **GRANTED**, and

☒ The clerk is ordered to file the complaint,

☒ **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

☐ **IT IS FURTHER ORDERED**, the clerk is ordered to close the file. Plaintiff(s) may submit payment in the amount of $402 within 14 days from the date of this order to reopen the case without further action from the Court.

ENTERED this 8th day of June, 2022

s/ _Georgette Castner_
Signature of Judicial Officer

Georgette Castner, U.S.D.J.
Name and Title of Judicial Officer

**Extremely Urgent**

This envelope is for use with the following services: **UPS Next Day Air®**, **UPS Worldwide Express℠**, **UPS 2nd Day Air®**

PULL TAB TO OPEN

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit UPS

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no value. Certain countries consider electronic media as documents. ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronics containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

## Reusable Express Envelope
### Letter Size

Reduce paper waste by using this envelope either to return to sender or with another recipient. See reuse instructions on flap above.

### Decision Green℠

Decision Green is UPS's environmental platform in our pursuit of sustainable business practices. For example, this envelope is made from 100% material and is both reusable and recyclable.

 100% Recycled fiber
80% Post-Consumer

---

JASON ZANGARA
(908) 672-0626
573 SIDORSKE AVE
MANVILLE NJ 08835-1903

1 LBS    1 OF 1
SHP WT: 1 LBS
DATE: 03 MAR 2023

SHIP  CLERKS OFFICE
TO:   DISTRICT COURT OF NEW JERSEY
      ROOM 2020
      RM 2020
      402 E STATE ST
      TRENTON NJ 08608-1500

NJ 086 0-04




**UPS GROUND**
TRACKING #: 1Z 081 X01 03 2176 1305



BILLING: P/P

**RECEIVED**
MAR - 6 2023
AT 8:30_____ M
CLERK, U.S. DISTRICT COURT - DNJ

ZZP 450 07.5V 02/2023

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 0922

---

This envelope is for use

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Apply shipping documents on this side.



Serving you for more than 100 years
United Parcel Service.

  

X-RAYED