UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1412**

v.

To:  Clerk

1) Motion by Appellant for Leave to Proceed on the Original Record, to Expedite Appeal and for Injunction.

---

The foregoing motion is considered.

To the extent Appellant requests leave to proceed on the original record, the motion is granted. To the extent Appellant requests to expedite the appeal and for an injunction, the motion is referred to a panel of the Court for determination.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  March 13, 2023
Amr/cc: All counsel of record