**CLD-134**

### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **23-1412**

JASON ZANGARA, Appellant

    VS.

NATIONAL BOARD OF MEDICAL EXAMINERS

   (D.N.J. Civ. No. 3:22-cv-01559)

Present: SHWARTZ, MATEY, and FREEMAN, <u>Circuit Judges</u>

      Submitted are:

    (1)    By the Clerk for possible dismissal due to a jurisdictional defect;

    (2)    Appellant's motion to expedite appeal and for an injunction;

    (3)    Appellee's jurisdictional response; and

    (4)    Appellant's jurisdictional response

      in the above-captioned case.

                          Respectfully,

                          Clerk

_____ORDER_____

The foregoing appeal and request for an injunction are dismissed for lack of jurisdiction, and the motion to expedite consideration of the appeal is denied. Absent circumstances that are not present here, our appellate jurisdiction is limited to reviewing final decisions of the district courts. *See* 28 U.S.C. § 1291. Zangara seeks review of a Magistrate Judge's order directing him to file a motion for leave to file an amended complaint. We lack jurisdiction over that order. *Siers v. Morrash*, 700 F.2d 113, 115–16 (3d Cir. 1983) (stating that "review of a magistrate's decision on a nondispositive pretrial matter must, initially, be had in the district court"); *In re Glenn W. Turner Enters. Litig.*, 521 F.2d 775, 781 (3d Cir. 1975) (holding that interlocutory pretrial orders are not immediately appealable).

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: May 9, 2023
Amr/cc: All counsel of record

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate