UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1412
_____

JASON ZANGARA,
Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS
_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 3:22-cv-01559)
District Judge: Honorable Lois H. Goodman
_____

SUR PETITION FOR REHEARING
_____

BEFORE: CHAGARES, *Chief Judge*, and JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, and CHUNG, *Circuit Judges*
_____

The petition for rehearing filed by appellant Jason Zangara in the above-captioned matter has been submitted to the judges who participated in the decision of this Court and to all other available circuit judges of the Court in regular active service. No judge who concurred in the decision asked for rehearing, and a majority of the circuit judges of the Court in regular active service who are not disqualified did not vote for rehearing by the Court en banc. It is now hereby **ORDERED** that the petition is **DENIED**.

BY THE COURT

s/ Paul B. Matey
Circuit Judge

Dated: May 30, 2023
Amr/Cc: All counsel of record